Michael McKneely (State Bar No. 214896)
MCKNEELY LAW FIRM
2300 Tulare Street, Suite 250
Fresno, California 93721
Telephone: (559) 443-7442
Facsimile: (559) 860-0150
mike@fresnocriminalattorney.com

Attorney for Defendant:
MANUEL CISNEROS

MCKNEELY LAW FIRM
2300 Tulare Street, Suite 250
Fresno, California 93721
T–(559) 443-7442 | F–(559) 860-0150

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
*Plaintiff,*

v.

MANUEL CISNEROS,
*Defendant.*

Case No. 1:25-cr-00154-KES-EPG

**FINDINGS AND ORDER**

New Date: December 14, 2026
Time: 9:30 a.m.
Dept: Courtroom 6
Judge: Hon. Kirk E. Sherriff

Based upon the stipulation and representations of the parties, the Court finds good cause to vacate the sentencing hearing scheduled for October 13, 2026, and resets sentencing to December 14, 2026, at 9:30 a.m., in Courtroom 6 before the Honorable Kirk E. Sherriff. The associated presentence deadlines shall be reset consistent with the revised schedule to be issued by the United States Probation Office.

IT IS SO ORDERED.

Dated: August 11, 2026

UNITED STATES DISTRICT JUDGE